■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELIFUS JONES, Appellant. [679 NYS2d 829] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Cacciabaudo, J.), rendered January 7, 1997, convicting him of robbery in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., O'Brien, Sullivan, Krausman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL JORDAN, Also Known as MAURICE THOMPSON, Also Known as MICHAEL REID, Appellant. [679 NYS2d 829] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Griffin, J.), rendered November 16, 1994, convicting him of murder in the second degree (two counts) and burglary in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention on appeal, testimony against him by an accomplice was sufficiently corroborated by, *inter alia,* testimony from an eyewitness/victim to sustain his conviction (*see, People v Williams,* 226 AD2d 752, 753).

We have considered the defendant's remaining contention and find it to be without merit. Ritter, J. P., Thompson, Pizzuto and McGinity, JJ., concur.